NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

23-669

GERALD FONTENOT BUILDING CONTRACTOR, LLC

VERSUS

JOHN TODD DEVILLE, JR., ET AL.

Consolidated with 23-668

JOHN T. DEVILLE, JR. AND JULIE E. DEVILLE

VERSUS

GREMILLION CORRUGATED, LLC, ET AL.

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 78,779
(consolidated with 78,477)
HONORABLE CHUCK R. WEST, DISTRICT JUDGE

**********

CHARLES G. FITZGERALD
JUDGE

**********

Court composed of Sharon Darville Wilson, Charles G. Fitzgerald, and Ledricka J. Thierry, Judges.

AFFIRMED.

**Jonathan T. Gaspard**
**The Gaspard Law Firm**
**313 North Main Street**
**Marksville, Louisiana 71351**
**(318) 240-7329**
**Attorney for Defendant/Appellant:**
    **Gremillion Corrugated, LLC**


**Miles A. Matt**
**Matt & Allen, LLC**
**1026 St. John Street**
**Lafayette, Louisiana 70501**
**(337) 232-7580**
**Attorney for Plaintiffs/Appellees:**
    **John T. Deville, Jr. and Julie E. Deville**

**FITZGERALD, Judge.**

In this consolidated appeal, Gremillion Corrugated LLC appealed the trial court's final judgment of February 10, 2023. For the reasons expressed in *Deville v. Gremillion Corrugated, LLC*, 23-668 c/w 23-669 (La.App. 3 Cir. ___/___/24), ___ So.3d ___, we affirm the trial court's judgment.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Uniform Rules, Courts of Appeal, Rule 2–16.3